# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER REQUIRING PAYMENT OF** |
| | ) | **AVAILABLE PRIVATE FUNDS** |
| vs. | ) | |
| | ) | |
| Roy Frank Ressler, | ) | Case No. 1:24-cr-00183 |
| | ) | |
| Defendant. | ) | |

Counsel was appointed because Defendant had limited funds at the time of his initial appearance in this action. Having reviewed a financial affidavit completed by Defendant, the court finds Defendant has funds available and is financially capable of contributing to the cost of his representation and/or other services necessary for adequate representation.

The court therefore authorizes and directs that funds be paid by Defendant to the Clerk, U.S. District Court, P.O. Box 1193, Bismarck, ND 58502 as follows: $500.00 shall be paid by the first of every month for a period of six months. The first payment is due on or before December 1, 2024.

In the event the total amount approved by the court for compensation to court-appointed counsel is less than the total amount approved for compensation, the difference between the amount approved for compensation and the total amount paid by Defendant shall be returned to him at the conclusion of the case.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2024.

                                               */s/ Clare R. Hochhalter*
                                               Clare R. Hochhalter, Magistrate Judge
                                               United States District Court